**714**

**Carl CONVERSA, Appellant, v. UNITED STATES of America.**

**No. 13556.**

Circuit Court of Appeals, Eighth Circuit.

July 28, 1947.

Paul E. McCarville and Francis J. Mullen, both of Fort Dodge, Iowa, for appellant.

Tobias E. Diamond, U. S. Atty., and William B. Danforth, Asst. U. S. Atty., both of Sioux City, Iowa, for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellee and stipulation of parties.

**McKinley H. DAVIS, Appellant, v. UNITED STATES of America, Appellee.**

**No. 10191.**

Circuit Court of Appeals, Sixth Circuit.

April 11, 1947.

W. Cornelius Breedlove and Richard M. Atkinson, both of Nashville, Tenn., for appellant.

Horace Frierson, of Nashville, Tenn., for appellee.

Before HICKS, ALLEN, and MARTIN, Circuit Judges.

PER CURIAM.

This case came on to be heard on the record and on the briefs and oral arguments of the attorneys for both the appellant and the appellee, United States of America, and no reversible error appearing to have been committed in the trial in the district court, and there being found in the record substantial evidence to support the judgments of conviction and sentence, it is ordered that the judgments of the district court be affirmed.

**DENVER & RIO GRANDE WESTERN RAILROAD COMPANY et al. v. Wilson McCARTHY and Henry Swan, as Trustees of the property of Denver & Rio Grande Western Railroad Company, et al.**

**No. 3390.**

Circuit Court of Appeals, Tenth Circuit.

May 19, 1947.

William V. Hodges, H. C. Vidal, and Jos. G. Hodges, all of Denver, Colo., for appellants.

Robert G. Bosworth and Samuel S. Sherman, Jr., both of Denver, Colo., Edwin S. S. Sunderland and W. A. W. Stewart, both of New York City, Lindsey & Larwill and Norma L. Comstock, all of Denver, Colo., A. M. Lewis and Frank H. Heiss, both of New York City, W. Meade Fletcher, of Washington, D. C., and Frank P. Lynch, Jr., Mason Lewis, Henry McAllister, and Erskine R. Myer, all of Denver, Colo., for appellees.

PER CURIAM.

Before PHILLIPS and BRATTON, Circuit Judges.

Appeal dismissed on application of appellants.